I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaint. ff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: __10.20.11__

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

OSVALDO R. GONZALEZ,          ) Case No. CV 11-6876-ABC (JPR)
                             )
              Plaintiff,     )
                             )        J U D G M E N T
        vs.                  )
                             )
M. LIBATIQUE et al.,         )
                             )
              Defendants.    )
_____)

        In accordance with the Order Re Dismissal of Action for
Failure to Prosecute,

        IT IS HEREBY ADJUDGED that this action is dismissed
without prejudice.

DATED: __OCT 18, 2011__          _____
                                 AUDREY B. COLLINS
                                 UNITED STATES DISTRICT JUDGE