I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.20.11

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO R. GONZALEZ,<br><br>    Plaintiff,<br><br> vs.<br><br>M. LIBATIQUE et al.,<br><br>    Defendants. | Case No. CV 11-6876-ABC (JPR)<br><br>**J U D G M E N T** |

  In accordance with the Order Re Dismissal of Action for Failure to Prosecute,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: OCT 18, 2011

                AUDREY B. COLLINS
                UNITED STATES DISTRICT JUDGE